**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MOISES AGUILAR, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC, <br><br> Defendant. | Civil Action No. <u>3:17-CV-01165-B</u> <br><br><br> **<u>STIPULATION TO DISMISS ACTION WITH PREJUDICE</u>** |

Plaintiffs Moises Aguilar, Willie Bowden, Tamee Casey, Jose Castillo, Adrian Condarco, Sergio Contreras, Margaret Espinosa, Amanda Gonzales, Lynne Gribben, Ronald Hickman, Grant Jack, Charles Latunde, Mark Leeder, Olga Leeder, Billy Lock, Tzaddi Meis, Blair Odle, Barbara Pinilla, Jose Pinilla, Daniel Pizzuito, John Rodriquez, Laura Villalobos, Eric Wildberger, Mike Zamora ("Plaintiffs") and Defendant, OCWEN LOAN SERVICING, LLC ("Defendant") (jointly the "Parties"), hereby move this Honorable Court to dismiss the above-entitled action with prejudice. In support of this joint motion, the Parties state as follows:

1. The Parties have reached a settlement in this action;
2. The Parties to this litigation have jointly entered into this Stipulation;
3. Defendant, without acknowledging liability or wrongdoing, and Plaintiffs, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter;
4. The Parties are to bear their own fees and costs;

5. The settlement between Plaintiffs and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiffs and the Defendant; and

6. The Parties agree that this Court may proceed to dismiss this action in its entirety with prejudice as to Plaintiffs' individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

7. The Parties agree that this Court shall retain jurisdiction over this matter to enforce the settlement agreement.

WHEREFORE, the Parties jointly move this Court to dismiss the above-captioned action with prejudice.

Dated:  October 23, 2018        HYDE & SWIGART

                                By:   */s Anthony Chester*
                                      Anthony P. Chester (P77933)
                                      HYDE & SWIGART
                                      120 South 6th Street, Suite 2050
                                      Minneapolis, MN 55402
                                      Telephone:  (952) 225-5333
                                      Email: tony@westcoastlitigation.com

Dated:  October 23, 2018        HUNTON ANDREWS KURTH LLP

                                By:   */s Aliza Malouf*
                                      Aliza Malouf, Esq.
                                      Hunton Andrews Kurth LLP
                                      1445 Ross Avenue, Suite 3700
                                      Dallas, TX 75202
                                      Tel: 214.979.8229

## **CERTIFICATE OF SERVICE**

      On October 23, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that all parties were served via electronic case filing, email, or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.

                                             By:/s/ Anthony P. Chester
                                                  Anthony P. Chester