UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOISES AGUILAR, JR., et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:17-CV-1165-B |
| | § | |
| OCWEN LOAN SERVICING, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 56), filed on October 23, 2018, in which they request that the Court dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) because the parties have reached a settlement.

Accordingly, the Court **ORDERS** that all claims and causes of action asserted against Defendant in the above-captioned matter be **DISMISSED with prejudice**.

SO ORDERED.

SIGNED: October 23, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE